IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSIAH KUENZI | : | CIVIL ACTION |
| v. | : | |
| EUROSPORT CYCLES, INC., et al | : | NO. 08-3906 |

O R D E R

AND NOW, this 9th day of September, 2010, upon agreement of counsel, it is ORDERED that plaintiff shall serve his interrogatory responses on or before September 16, 2010. The time for filing motions for summary judgment is extended until September 24, 2010.

                                        *s/Thomas N. O'Neill, Jr.*
                                        THOMAS N. O'NEILL, JR.,     J.