## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

JOSIAH KUENZI,  : NO. 08-3906
            Plaintiff,  :
              :
        v.  :
              :
CAPITAL ONE AUTO FINANCE,  :
INC., et al.  :
            Defendant.  :

FILED

MAR - 8 2011

Clerk
Dep. Clerk

## ORDER

AND NOW, this ___ day of _____, 2011, upon consideration of

Defendant Capital One Auto Finance, Inc.'s Motion For Extension Of Time To File Omnibus

Motion For Summary Judgment, it is hereby ORDERED that Motion is GRANTED. Capital

One shall file an omnibus motion for summary judgment with regard to Plaintiff's claims and

its counterclaims within five (5) days of the date of entry of this Order.

BY THE COURT:

_____
Thomas N. O'Neill, Jr., J.